1  David E. Bower SBN 119546
   **FARUQI & FARUQI, LLP**
2  10866 Wilshire Boulevard, Suite 1470
   Los Angeles, CA 90024
3  Telephone: 424-256-2884
   Facsimile: 424-256-2885
4  Email:  dbower@faruqilaw.com

5  *Attorneys for Proposed Lead Plaintiff Vinod Patel*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ROHAN KISHTAGARI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GERON CORPORATION, JOHN A. SCARLETT, and OLIVIA K. BLOOM, <br><br> Defendants. | Case No. 3:14-CV-01224 (CRB) <br><br> **ORDER GRANTING VINOD PATEL'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** <br><br> **CLASS ACTION** |
| JAMES W. BECKMANN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GERON CORPORATION, JOHN A. SCARLETT, and OLIVIA K. BLOOM, <br><br> Defendants. | Case No. 3:14-CV-01424 (CRB) |

**[PROPOSED] ORDER GRANTING VINOD PATEL'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL 3:14-CV-01424 (CRB)**

WHEREAS, two putative class actions under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") were filed on March 14, 2014 and March 28, 2014 in the Northern District of California; and

WHEREAS, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Exchange Act, on March 14, 2014, first-filed plaintiff Rohan Kishtagari published notice via *Business Wire*, a widely circulated national business-oriented wire service, advising purported class members of their right to move this Court to be appointed Lead Plaintiff; and

WHEREAS, pursuant to Section 21D of the Exchange Act, any purported class member desiring to be appointed Lead Plaintiff was required to have filed a motion for such appointment on or before May 13, 2014; and

WHEREAS, Vinod Patel ("Patel") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Patel has the largest financial interest in the relief sought by the putative class and otherwise best satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Patel seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel;

AND NOW THIS 30th day of June, 2014, the Court having considered Vinod Patel's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel and all supporting documents, it is hereby ORDERED as follows:

**CONSOLIDATION**

1. The motion of Patel to consolidate the above-captioned actions ("Consolidated Action") is GRANTED.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Consolidated Action is to be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings, and trial.

3. Every pleading filed in the Consolidated Action shall bear the following caption:

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re: GERON CORPORATION           :     CA NO. 3:14-CV-01224 (CRB)
SECURITIES LITIGATION              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x   CLASS ACTION
This Document Relates To:          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

4. The file in Civil Action No. 3:14-CV-01224 (CRB) shall constitute the master file for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption. When a pleading applies only to some, but not all, of the actions the document shall list, immediately after the phrase "This Document Relates To:" the document number for each individual action to which the document applies, along with the last name of the first listed plaintiff in that action.

5. All related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action. This Order shall apply to every such action, absent order of the Court. A party that objects to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten (10) days after the date on which a copy of this Order is sent to the party's counsel.

6. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action with good cause shown.

### LEAD PLAINTIFF

7. The motion of Patel to serve as Lead Plaintiff in the Consolidated Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), Patel is appointed as Lead Plaintiff for the putative class.

### LEAD COUNSEL

8. The motion of Patel for approval of his counsel as Lead Counsel is GRANTED.

1. 9. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(3)(B)(v), Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the putative Class as Lead Counsel.

IT IS SO ORDERED.

DATED:  June 30, 2014



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

3

**[PROPOSED] ORDER GRANTING VINOD PATEL'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL 3:14-CV-01424 (CRB)**